IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALLISON OLER, as co-administrator of the ESTATE OF JACQUELINE OLER, Deceased And ADAM Oler, as co-Administrator of the Estate of JACQUELINE OLER, Deceased<br>Plaintiffs<br><br>vs.<br><br>COMPASS POINTE HEALTHCARE SYSTEM Individually and also trading as Symphony Square at Bala<br>Defendant | CIVIL ACTION<br><br>NO. 2:18-cv-00552 |



FILED
JUN 0 1 2018
KATE BARKMAN, Clerk
By _____ Dep. Clerk

## STIPULATION TO DISMISS

It is herewith stipulated by the below referenced counsel that defendant, COMPASS POINTE HEALTHCARE SYSTEM, Individually and also trading as Symphony Square at Bala, are herewith stipulated to be dismissed from the above referenced matter without prejudice so that if at a later date plaintiff wishes to refile a complaint against defendant, COMPASS POINTE HEALTHCARE SYSTEM, Individually and also trading as Symphony Square at Bala it shall be agreed that no counsel herewith shall raise any defense that would in any way preclude refiling against defendant, COMPASS POINTE HEALTHCARE SYSTEM, Individually and also trading as Symphony Square at Bala, for purposes of litigation against this entity.

_____
Charles S. Cooper, Esquire
Attorney for Plaintiffs
Dated: 5/30/18

_____
Michael W. Bootier, Esquire
Attorney for Defendant
Dated: 5/30/18

APPROVED BY THE JUDGE:

_____
United States District Judge